JACOB VOGEL, Appellant, *v.* INTERNATIONAL RAILWAY COMPANY, Respondent.

*Vogel* v. *International Ry. Co.*, 170 App. Div. 935, affirmed.
(Argued January 15, 1918; decided January 29, 1918.)

APPEAL from a judgment entered September 28, 1915, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a verdict

and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The accident in which plaintiff sustained his injuries occurred on Fillmore avenue, near Main street, in Buffalo, at about nine o'clock at night. He had boarded a Fillmore avenue car, which did not complete its route, but stopped short on Fillmore avenue, near its intersection with Main street. Plaintiff was given a transfer entitling him to continue his ride on the next north-bound Fillmore avenue car. While waiting for the car to come along, he stepped out into the street and looked back southerly along Fillmore avenue to see if he could see a car approaching. He stood there a few moments, and then was struck in the back by a car which turned in from Main street to Fillmore avenue, receiving the injuries complained of. The Appellate Division held that the plaintiff was negligent as matter of law.

*Henry W. Killeen* and *Charles F. Boine* for appellant.
*Dana L. Spring* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, MCLAUGHLIN and CRANE, JJ. Not voting: CUDDEBACK, J.